| | | |
|---|---|---|
| People v Ringel | 2d Dept: 145 AD3d 1041 (Nassau) | denied 3/23/17 (Garcia, J.) |
| People v Rivaldo | 4th Dept: 145 AD3d 1605 (Monroe) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Rivers | 4th Dept: 145 AD3d 1591 (Jefferson) | denied 3/10/17 (Stein, J.) |
| People v Rizk | 1st Dept: 146 AD3d 523 (NY) | denied 3/21/17 (Garcia, J.) |
| People v Rizzo | 2d Dept: 146 AD3d 904 (Kings) | denied 3/6/17 (Stein, J.) |
| People v Rodriguez (Jean) | 1st Dept: 146 AD3d 456 (NY) | denied 3/21/17 (Stein, J.) |
| People v Rodriguez (Jose) | App Term, 1st Dept: 54 Misc 3d 129(A) (NY) | denied 3/27/17 (Stein, J.) |
| People v Rogers | App Term, 1st Dept: 54 Misc 3d 130(A) (NY) | denied 3/15/17 (DiFiore, Ch. J.) |
| People v Rohs | 2d Dept: 140 AD3d 800 (Westchester) | denied 3/21/17 (Garcia, J.) |
| People v Rolon | 1st Dept: 147 AD3d 420 (Bronx) | denied 3/27/17 (DiFiore, Ch. J.) |
| People v Romero | 2d Dept: 143 AD3d 1003 (Queens) | denied 3/3/17 (Rivera, J.) |
| People v Rosado | App Div, 3d Dept: 2017 NY Slip Op 62142(U) (Broome) | denied 3/31/17 (Fahey, J.) |
| People v Ross | App Term, 1st Dept: 53 Misc 3d 155(A) (NY) | denied 3/14/17 (Fahey, J.) |
| People v Sanchez | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 3/22/17 (Stein, J.) |
| People v Serrano-Gonzalez | 3d Dept: 146 AD3d 1013 (Saratoga) | denied 3/31/17 (Fahey, J.) |
| People v Shakeem B. | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 47 (Kings) | denied 3/29/17 (Garcia, J.) |
| People v Sheard | 1st Dept: 145 AD3d 476 (NY) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Sidibe | 1st Dept: 145 AD3d 559 (NY) | denied 3/6/17 (Stein, J.) |
| People v Silburn | 2d Dept: 145 AD3d 799 (Kings) | granted 3/20/17 (Stein, J.) |
| People v Simmons | 1st Dept: 146 AD3d 560 (NY) | denied 3/31/17 (Fahey, J.) |
| People v Smalls | 2d Dept: 145 AD3d 802 (Nassau) | denied 3/6/17 (Stein, J.) |
| People v Smith (Leroy) | 2d Dept: 147 AD3d 792 (Kings) | denied 3/30/17 (Rivera, J.) |
| People v Smith (Patrick) | 2d Dept: 146 AD3d 905 (Westchester) | denied 3/23/17 (Garcia, J.) |
| People v Sowers | 1st Dept: 147 AD3d 482 (NY) | denied 3/30/17 (Rivera, J.) |